THE DE MOTT HOMES AT SALEM, INC., ETC., RESPOND-
ENT, v. CITY OF MARGATE CITY, ETC., ET AL., AP-
PELLANTS.

Argued February 5, 1948—Decided February 19, 1948.

For the appellant, *Winne & Banta (Walter G. Winne,* of
counsel).

For the respondents, *Perskie & Perskie (Joseph B. Perskie,*
of counsel).

PER CURIAM.

The judgment under review herein is affirmed, for the
reasons expressed in the opinion delivered by Mr. Justice
Eastwood in the Supreme Court.

*For affirmance*—THE CHANCELLOR, BODINE, DONGES,
WACHENFELD, BURLING, WELLS, DILL, FREUND, MCLEAN,
SCHETTINO, JJ. 10.

*For reversal*—THE CHIEF JUSTICE, HEHER, JJ. 2.